**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 21, 2005**

**Charles R. Fulbruge III**
**Clerk**

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Summary Calendar
No. 04-51070
_____

MICHAEL W. STEEN,

Plaintiff-Appellant,

versus

R. L. BROWNLEE, ACTING SECRETARY OF THE ARMY,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Western District of Texas
W-04-CV-6

---

Before JONES, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record and briefs, we AFFIRM the district court for the reasons stated in that court's opinion.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.